RAFAEL A. MORA, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

Núm. 1063.—*Sometido:* Enero 24, 1940. *Resuelto:* Enero 31, 1940.

*E. López Acosta*, abogado del recurrente; el registrador recurrido no compareció a sostener su nota.

EL JUEZ ASOCIADO SEÑOR DE JESÚS emitió la opinión del tribunal.

Por escritura de 25 de febrero de 1927 ante el notario Joaquín Nazario de Figueroa, José Antonio Ortiz Padilla por su apoderado Ceferino Ortiz Pericchi agrupó una parcela de terreno de diez cuerdas con otras dos de su propiedad, formando así una finca de 91 cuerdas que inscribió en el Registro de la Propiedad de San Germán.

Por escritura de 26 de septiembre de 1927 ante el notario E. López Acosta, sin haber tenido en cuenta la agrupación mencionada, segregó de la referida parcela de diez cuerdas un predio de terreno de siete cuerdas que vendió a Rafael A. Mora.

Posteriormente, por escritura de 18 de mayo de 1928 ante el notario E. López Acosta, José Antonio Ortiz Padilla constituyó hipoteca a favor del Federal Land Bank of Baltimore sobre el resto de la finca principal, mencionándose en la inscripción de dicha hipoteca que de la finca principal se habían segregado siete cuerdas vendidas a Rafael A. Mora, constituyéndose el gravamen hipotecario sobre las 84 cuerdas restantes, que mensuradas para el objeto de dicho préstamo resultaron ser solamente 78.93 cuerdas. En la escritura de hipoteca se describió el resto de la finca principal luego de verificada la segregación y se rectificó la cabida en la forma indicada. Posteriormente se canceló la hipoteca constituída a favor del Federal Land Bank of Baltimore.

El 7 de diciembre último Mora presentó su escritura en el Registro de la Propiedad de San Germán, acompañándola de un Acta Aclaratoria que otorgaron el 15 de abril de 1933 el anterior dueño de la finca principal José Antonio Ortiz Padilla por su apoderado Ceferino Ortiz Pericchi, su actual dueño Juan Ortiz Padilla, y Rafael A. Mora, dueño de la finca de siete cuerdas segregada de la principal, en la que se exponen los hechos predichos y expresa Juan Ortiz Padilla su consentimiento para que la finca de siete cuerdas varias veces mencionada se inscriba ''como porción segregada de la finca principal de 91 cuerdas.''

El Registrador de la Propiedad de San Germán denegó la inscripción, extendiendo al pie del documento la siguiente nota:

''Denegado el documento que precede, con vista de otro, por aparecer de la inscripción segunda practicada al folio sesenta y seis del tomo ochenta y cinco de San Germán, finca número tres mil quinientos noventa y nueve, que la segregación de siete cuerdas vendidas a Rafael Mora se hizo de la finca agrupada de noventa y una cuerdas, resultando de dicha inscripción y de la segregación y el acta aclaratoria que motivan esta denegatoria una confusión en cuanto a la mencionada parcela de siete cuerdas, consistente dicha confusión en que según el Registro y los títulos presentados no se puede determinar si dicha segregación se hizo de la finca original de diez cuerdas o de la finca agrupada de noventa y una cuerdas, por lo que tomo en su lugar anotación preventiva por el término legal de ciento veinte días a favor del comprador de su derecho, al folio 156 del tomo 134 de San Germán, finca Núm. 4709, anotación letra A. San Germán, a 22 de diciembre de 1939.''

Contra la transcrita nota interpuso Mora el presente recurso, que por moción de 22 del actual sometió sin alegato por aparecer claramente la cuestión levantada en los documentos que acompañó al escrito solicitando la revocación de la nota.

En verdad no comprendemos cómo puede sostenerse la nota recurrida, especialmente en vista del acta aclaratoria de que se ha hecho referencia, la cual debió disipar cual-

quier duda que pudiera haber tenido el registrador sobre la confusión a que se refiere la predicha nota.

*Procede revocar la nota recurrida e inscribir el documento.*